Alan A. Cooke
Box 420035
San Francisco, CA
94142 (415)845-5333
Pro Se

[Clear Form]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Alan A. Cooke
       Plaintiff,      ) CASE NO. _____
vs.                    )
(See Complaint)        ) **APPLICATION TO PROCEED**
                       ) **IN FORMA PAUPERIS**
                       ) (Non-prisoner cases only)
       Defendant.      )

I, Alan A. Cooke, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0_____    Net: __0__

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____0_____
3  _____
4  _____
5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.  Business, Profession or                    Yes ___ No ✓
8          self employment?
9      b.  Income from stocks, bonds,                 Yes ___ No ✓
10         or royalties?
11     c.  Rent payments?                             Yes ___ No ✓
12     d.  Pensions, annuities, or                    Yes ___ No ✓
13         life insurance payments?
14     e.  Federal or State welfare payments,         Yes ✓ No ___
15         Social Security or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 ___Vet Benefits @ $910 mo._____
20 _____
21 3.  Are you married?                               Yes ___ No ✓
22 Spouse's Full Name: ___none_____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ ___0___
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

G.J.C.    17

_____

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of America

_____

Present balance(s): $ $300

Do you own any cash? Yes ✓ No ___ Amount: $ 300—

Do you have any other assets? (If "yes," provide a description of each asset and its estimated

market value.)    Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ 750    Utilities: 0

Food: $ 150    Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| AMEx | $ 86/65 u | $ 380 |
| Capital One | $ 85 | $ 2200 |
| Delta AMEx | $ 250 | $ 6900 — |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None credit cards

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____Ø_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-30-07
DATE

_[signature]_
SIGNATURE OF APPLICANT

- 4 -