UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Estate of ZACHARY CRUZ COOKE, et al.,    Case No. C08-0016 EMC

    Plaintiffs,

  v.

CHIEF MURL HARPUM, et al.,

    Defendants.
_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (x)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1 | Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2 | counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3 | date.

Dated: February 12, 2008

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk