3/24/08

Cooke v Harpum     CV 08-00016 SBA

My new address is:

Alan A. Cooke
c/o Kim Starr
PO Box 5692
Eureka, CA 95502
(415) 225-7694

*FILED*
*2008 MAR 26 PM 2:24*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Thank you.

*Alan A. Cooke*
Alan A. Cooke



Box 5692
Eureka, CA
95502

U.S. District Court
Clerks Office
1301 Clay st.
Suite 400 South
Oakland, CA
94612