**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALAN A. COOKE, *et al.*, | No. C 08-00016 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 6] |
| CHIEF MURL HARPUM, *et al.* | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Case Management Conference set for April 10, 2008, at 3:00 p.m., *see* Docket No. 6, is CONTINUED to May 8, 2008, at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

April 4, 2008

Saundra Brown Armstrong
United States District Judge

1
2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  COOKE et al,

                                            Case Number: CV08-00016 SBA
5           Plaintiff,
                                            **CERTIFICATE OF SERVICE**
6     v.

7  HARPUM et al,

8           Defendant.
                                      /
9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11
   That on April 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
12 in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
   the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
13 office.

14

15

16 Alan A. Cooke
   c/o Kim Starr
17 P.O. Box 5692
   Eureka, CA 95502
18

19
   Dated: April 7, 2008
20                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
21

22

23

24

25

26

27

28                                    2