FILED

08 APR 18 PM 1:43

~~RICHARD W. WIEKING~~
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ZACHARY CRUZ COOKE,
et al.,

        Plaintiffs,

    v.

CHIEF MURL HARPUM, et al.,

        Defendants.

_____/

Case No. C08-0016 ~~EMC~~ SBA

*(sidebar, left margin:)* **United States District Court** For the Northern District of California

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party in the above-captioned civil matter hereby voluntarily consents to have a United States

Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

the entry of a final judgment. Appeal from the judgment shall be taken directly to the United

States Court of Appeals for the Ninth Circuit.

Dated: 4/14/08

_____
Signature
Counsel for: Pro Se
(Name of party or indicate "pro se")