**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ALAN A. COOKE, *et al.*,

        Plaintiffs,

  v.

CHIEF MURL HARPUM, *et al.*

        Defendants.

No. C 08-00016 SBA

**ORDER**

[Docket No. 8]

IT IS HEREBY ORDERED THAT the Case Management Conference set for May 8, 2008, at 2:30 p.m., *see* Docket No. 8, is CONTINUED to June 12, 2008, at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

April 22, 2008

                                                  Saundra Brown Armstrong
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

COOKE et al,

        Plaintiff,

v.

HARPUM et al,

        Defendant.

Case Number: CV08-00016 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Cooke
c/o Kim Starr
P.O. Box 5692
Eureka, CA 95502

Dated: April 23, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2