**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ALAN A. COOKE, *et al.*,           No.  C 08-00016 SBA

    Plaintiffs,           **ORDER**

v.

CHIEF MURL HARPUM, *et al.*

    Defendants.

---

*Pro per* plaintiff Alan A. Cooke, for himself only, filed a Motion for Ruling on Application to Proceed *in Forma Pauperis* [Docket No. not assigned yet], on April 25, 2008.  The Court having ruled on Mr. Cooke's Motion/Application for Leave to Proceed in Forma Pauperis [Docket No. 2] on April 23, 2008, the motion is DENIED as moot.

IT IS SO ORDERED.

April 29, 2008

                                                  Saundra Brown Armstrong
                                                United States District Judge

1 | UNITED STATES DISTRICT COURT
2 | FOR THE
3 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOKE et al, | Case Number: CV08-00016 SBA |
|     Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HARPUM et al, | |
|     Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Cooke
c/o Kim Starr
P.O. Box 5692
Eureka, CA 95502

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2