**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALAN A. COOKE, *et al.*, | No. C 08-00016 SBA |
| Plaintiffs, | **ORDER OF REFERENCE TO A MAGISTRATE JUDGE** |
| v. | [Docket No. 9] |
| CHIEF MURL HARPUM, *et al.* | |
| Defendants. | |

Pursuant to Civil Local Rule 73-1(b) and Alan A. Cooke's Consent to Proceed Before a US Magistrate Judge [Docket No. 9], this matter is referred to a Magistrate Judge for all purposes.

IT IS SO ORDERED.

May 2, 2008

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOKE et al, | Case Number: CV08-00016 SBA |
|     Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HARPUM et al, | |
|     Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Cooke
c/o Kim Starr
P.O. Box 5692
Eureka, CA 95502

Dated: May 5, 2008

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

2