FILED

MAY 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALAN A. COOKE, et al.,

    Plaintiff,

vs.

CHIEF MURL HARPUM, et al.

    Defendant.

CASE NO. C 08-00016 ~~BBA~~ JL

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

Terri P. Oxholt

I, ████████████, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1200    Net: $1120⁰⁰

Employer: Target, Inc

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |    a. Business, Profession or                    Yes ___ No ✓
8 |       self employment?
9 |    b. Income from stocks, bonds,                 Yes ___ No ✓
10|       or royalties?
11|    c. Rent payments?                             Yes ___ No ✓
12|    d. Pensions, annuities, or                    Yes ___ No ✓
13|       life insurance payments?
14|    e. Federal or State welfare payments,         Yes ___ No ✓
15|       Social Security or other govern-
16|       ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| _____
20| _____
21| 3. Are you married?                              Yes ___ No ✓
22| Spouse's Full Name: _____
23| Spouse's Place of Employment: _____
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $_____ Net $_____
26| 4. a. List amount you contribute to your spouse's support: $ _____
27|    b. List the persons other than your spouse who are dependent upon you for support
28|       and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  <u>Two boys, ages 8 +10</u>

3  <u>                  J.R.O. Jr and C.C.T      </u>

4  5.    Do you own or are you buying a home?    Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?    Yes ___ No ✓

7  Make ___NO___ Year _____ Model _____

8  Is it financed? Yes ____ No ____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash? Yes ✓ No ___ Amount: $ 80 oc

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)    Yes ___ No ___

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ 250    Utilities: 120

20  Food: $ 350    Clothing: 150

21  Charge Accounts:

22  <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Account</u>

23  none    $ _____    $ _____

24  _____    $ _____    $ _____

25  _____    $ _____    $ _____

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/07/08                    [signature]
DATE                       SIGNATURE OF APPLICANT

- 4 -