Clear Form

# FILED

MAY 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ALAN A. COOKE, et al.,

                Plaintiff,

vs.

CHIEF MURL HARPUM, et al.

                Defendant.

CASE NO. C 08-00016 SBA - JL

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Alan A. Cooke, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.    Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a.   Business, Profession or                Yes ___  No ✓
8          self employment?
9     b.   Income from stocks, bonds,             Yes ___  No ✓
10         or royalties?
11    c.   Rent payments?                         Yes ___  No ✓
12    d.   Pensions, annuities, or                Yes ___  No ___
13         life insurance payments?
14    e.   Federal or State welfare payments,     Yes ✓   No ___
15         Social Security or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each. _Vet Benefits  $931.00  ao od_
19 _1-1-8_
20 _____
21 3.    Are you married?                         Yes ___  No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.    a.  List amount you contribute to your spouse's support: $ _____
27       b.  List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2   G-TC     17
3
4   5.    Do you own or are you buying a home?     Yes ___  No ✓
5   Estimated Market Value: $_____ Amount of Mortgage: $_____
6   6.    Do you own an automobile?                  Yes ___  No ✓
7   Make _____ Year _____ Model _____
8   Is it financed? Yes ___ No ___ If so, Total due: $ _____
9   Monthly Payment: $ _____
10   7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11   Name(s) and address(es) of bank: Bank of America
12
13   Present balance(s): $ 151.00
14   Do you own any cash? Yes ✓ No ___ Amount: $ ibid
15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16   market value.)                                       Yes ___  No ✓
17
18   8.    What are your monthly expenses?
19   Rent: $ 750                  Utilities: 0
20   Food: $ 150                 Clothing: 0
21   Charge Accounts:
22   **Name of Account**       **Monthly Payment**       **Total Owed on This Account**
23   Am Ex               $ Balance             $ 380
24   Capital One          $ 89                    $ 2200
25   Delta Amex           $ 250                 $ 6900
26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27   they are payable. Do not include account numbers.)
28   More Credit Cards

- 3 -


1  _____

2  10.  Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ___  No ✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10  
11  5-8-0F                                      *(signature)*

12       DATE                              SIGNATURE OF APPLICANT

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28