May 14, 2008

Alan A. Cooke
c/o Kim Starr
P.O. Box 5692
Eureka, CA 95502

Dear Mr. Cooke:

Your case was recently assigned to me for all proceedings, including trial. I notice that you and co-plaintiff Terri Lynn Omholt, your son Zachary's mother, recently filed new applications to file in forma pauperis. This is in line with the order issued by Judge Armstrong on April 23. I would appreciate it if you could advise me whether you will also be able to comply with the other parts of the order, with respect to claims by your son's estate and by his son, and generally how you wish to proceed in this case.

Please respond at your earliest convenience, either in writing to me, or by calling my law clerk, Kathleen Campbell, at (415)522-6226.

Yours truly,

James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-0016\letter-5-14-2008.wpd