UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan Cooke, Terri Lynn Olmholt, et al.<br>            Plaintiff(s),<br>            (Petitioner)<br>V.<br><br>Earl Harpum, et al.<br>Defendant(s),<br>            (Respondent) | Case No. C-08-00016-JL<br><br>ORDER RE APPLICATION<br>TO PROCEED<br>IN FORMA PAUPERIS |

FILED MAY 23 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

☒   IT IS ORDERED that the application to proceed in forma pauperis is **GRANTED** and that the Clerk issue summons.
IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit and this order upon the defendant.

☐   IT IS ORDERED that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

☐   IT IS ORDERED that the application to proceed in forma pauperis is **DENIED** and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 5-23-08

JAMES LARSON
CHIEF MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7
o:\mrg\civil\ordappl.ifp