


1  ALAN A. COOKE
2  C/O Kim Starr
   P.O. Box 5692
3  Eureka, CA 95502
4  **PRO SE**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN A. COOKE, *et al.*, | No. C 08-00016 JL |
| Plaintiffs, | **EX PARTE MOTION TO ADD NAMES OF VARIOUS 'DOE'S' TO COMPLAINT** |
| v. | |
| CHIEF MURL HARPUM, *et al.*, | |
| Defendants. | |

    Plaintiff Alan Cooke, et al, hereby moves the honorable court to grant the addition of the following defendants to the above-numbered complaint, and allow service of process upon these defendants: 1. Ron Harphum of the Eureka Police Department 2. Sgt. Mike Hislop of the EPD  3. Evidence Technician Karen Quenell of the Humboldt County Sheriffs Office 4. Humboldt County Coroner Investigator Charles Comer 5. Detective Neil Hubbard of the EPD; and the California Department of Justice, DOES 1-X, INCLUSIVE.

    Plaintiff motions the court to add these defendants to the complaint and order service of the complaint, Summons, and all mandated documentation.

1

Respectfully submitted,

*[signature]*

Alan A. Cooke

Plaintiff

Pro se

Dated: June 6th, 2008

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED: June 6th, 2008