June 13, 2008

Alan A. Cooke
c/o Kim Starr
P.O. Box 5692
Eureka, CA 95502

Subject: C 08-16 JL   Alan A. Cooke -v- Chief Murl Harpum

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by:  Gloria Acevedo
    Case Systems Administrator


(1)  Chief Murl Harpum_____   Address _____
                                                                           _____

(2) Officer terence Liles_____   Address _____
                                                                           _____

(3) Officer Watson_____   Address _____
                                                                           _____

(4) Det. Kirkpatrick _____   Address _____

(5) ATF Agent Medlin _____ Address _____

(6) ATF Supervisor Anglin _____ Address _____

(7) The City of Eureka _____ Address _____

(8) The Eureka Police Department _____ Address _____

(9) The County of Humboldt _____ Address  _____

(10) The District Attorney, Humboldt County Address_____

(11) Paul Gallegos _____Address _____

(12) Humboldt County Sherrifs Office \_\_\_\_ Address _____

(13) DA INV Jim Dawson _____ Address _____