UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN A. COOKE, et al., | No. C 08-0016 JL |
| Plaintiffs, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO ADD DEFENDANTS (Docket # 20)** |
| CHIEF MURL HARPUM, et al., | |
| Defendants. | |

The Court received Plaintiff's request for leave to amend his complaint to add Defendants. The Court does not make any decision as to the merits of this request. However, in order to comply with the Court's order on May 23, 2008 that the summons and complaint be served on Defendants, the Clerk on June 13 requested that Plaintiff provide addresses of the Defendants to be served. Plaintiff has failed to comply, for over one month since the request was made. Accordingly, Plaintiff's request to add new defendants is denied without prejudice until he provides the addresses of the existing Defendants, so that they may be served with the summons and complaint.

IT IS SO ORDERED.

DATED: July 22, 2008

_____
JAMES LARSON
Chief Magistrate Judge